# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Nichole Shamblin, *on behalf of herself and others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) Green Dot Bank, ) ) Defendant. ) _____ ) | Case No.: 2:21-cv-11175-SFC-APP <br><br> Hon. Sean F. Cox <br> Mag. Judge Anthony P. Patti |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nichole Shamblin and Defendant Green Dot Bank stipulate to the dismissal of Plaintiff's claims with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 26th day of October, 2021.

| | |
|---|---|
| */s/ Michael L. Greenwald* <br> Michael L. Greenwald <br> Greenwald Davidson Radbil, PLLC <br> 7601 N. Federal Highway, Suite A-230 <br> Boca Raton, FL 33487 <br> Telephone: (561) 826-5477 <br> mgreenwald@gdrlawfirm.com <br><br> *Attorneys for Plaintiff* | */s/ Lauri A. Mazzuchetti* <br> Lauri A. Mazzuchetti <br> Kelley Drye & Warren LLP <br> One Jefferson Road <br> Parsippany, NJ 07054 <br> Telephone: (973) 503-5900 <br> lmazzuchetti@kelleydrye.com <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on October 26, 2021 using the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ Michael L. Greenwald*
Michael L. Greenwald
